1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8

9   ANTHONY BRODZKI,

10          Plaintiff,                          No. C-12-1241 JCS

11      v.                                      **ORDER OF DISMISSAL**

12   UNITED STATES OF AMERICA,

13          Defendant.
     _____/

14

15          Plaintiff brought this action in pro se and was granted leave to proceed in forma pauperis.

16   Docket No. 5.  In that same Order, the Court dismissed Plaintiff's Complaint with leave to amend

17   for failure to state a cognizable claim.  *Marks v. Solcum*, 98 F.3d 494, 495 (9th Cir. 1996).  On May

18   7, 2012, Plaintiff filed a document entitled "Motion for judge's action."  Docket No. 6.  The Court

19   construes Plaintiff's filing as an Amended Complaint.

20          Although the Plaintiff's Amended Complaint includes more facts and an attached medical

21   report (from 2007), the Court nevertheless finds that the Plaintiff's Amended Complaint suffers the

22   same defects as the original Complaint.  Plaintiff makes vague allegations of torture, harassment,

23   rape and "privacy stealing" involving various police departments and agencies in Chicago, including

24   the FBI.  Some of the events of which Plaintiff complains are alleged to have occurred in 1968.

25   Without stating which facts support his claims, Plaintiff asserts that his first, fourth and fifth

26   amendment rights are being violated.  As a result of the alleged acts of retaliation, harassment and

27

**United States District Court**
For the Northern District of California

torture undertaken by unspecified people at unspecified times, Plaintiff asks for an emergency injunction "ending this mind and body harassment by the FBI."

Again, as with the original Complaint, construing plaintiff's allegations liberally, as is required when a plaintiff is proceeding in pro se, *see Erikson v. Pardus*, 551 U.S. 89, 94 (2007), the Court can discern no cognizable claim. The Court therefore DISMISSES Plaintiff's Amended Complaint WITHOUT LEAVE TO AMEND.

The Clerk is instructed to close the file.

IT IS SO ORDERED.

Date: May 15, 2012

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2