UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BRODZKI,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

No. C-12-1241 JCS

**ORDER OF DISMISSAL**

Plaintiff brought this action in pro se and was granted leave to proceed in forma pauperis. Docket No. 5. In that same Order, the Court dismissed Plaintiff's Complaint with leave to amend for failure to state a cognizable claim. *Marks v. Solcum*, 98 F.3d 494, 495 (9th Cir. 1996). On May 7, 2012, Plaintiff filed a document entitled "Motion for judge's action." Docket No. 6. The Court construes Plaintiff's filing as an Amended Complaint.

Although the Plaintiff's Amended Complaint includes more facts and an attached medical report (from 2007), the Court nevertheless finds that the Plaintiff's Amended Complaint suffers the same defects as the original Complaint. Plaintiff makes vague allegations of torture, harassment, rape and "privacy stealing" involving various police departments and agencies in Chicago, including the FBI. Some of the events of which Plaintiff complains are alleged to have occurred in 1968. Without stating which facts support his claims, Plaintiff asserts that his first, fourth and fifth amendment rights are being violated. As a result of the alleged acts of retaliation, harassment and

torture undertaken by unspecified people at unspecified times, Plaintiff asks for an emergency injunction "ending this mind and body harassment by the FBI."

Again, as with the original Complaint, construing plaintiff's allegations liberally, as is required when a plaintiff is proceeding in pro se, *see Erikson v. Pardus*, 551 U.S. 89, 94 (2007), the Court can discern no cognizable claim. The Court therefore DISMISSES Plaintiff's Amended Complaint WITHOUT LEAVE TO AMEND.
The Clerk is instructed to close the file.

IT IS SO ORDERED.

Date: May 15, 2012

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

2