**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BRODZKI,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant(s).<br>_____/ | Case No. 12-01241 JCS<br><br>**ORDER DENYING MOTION TO ASK THE JUDGE A QUESTION [Docket No. 10]** |

    IT IS HEREBY ORDERED that the Motion to Ask The Judge a Question is DENIED. The Court does not give legal advice. Mr. Brodzki may call the Volunteer Legal Services Program (VLSP) at (415) 782-9000, extension 8657.

    IT IS SO ORDERED.

Dated: June 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge