**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BRODZKI,

      Plaintiff(s),

    v.

UNITED STATES OF AMERICA,

      Defendant(s).

_____/

Case No. 12-01241 JCS

**ORDER THAT ALL FUTURE COMMUNICATIONS MUST BE IN WRITING**

    IT IS HEREBY ORDERED that Mr. Brodzki may not call Judge Spero's chambers and that all such future communications to the Court shall be in writing, filed in this action with the Clerk of the Court.

    IT IS SO ORDERED.

Dated:  June 21, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge