**United States District Court**

For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6   ANTHONY BRODZKI,                              Case No. 12-01241 JCS
7               Plaintiff(s),
                                                 **ORDER THAT ALL FUTURE**
8         v.                                      **COMMUNICATIONS MUST BE IN**
                                                 **WRITING**
9   UNITED STATES OF AMERICA,
10              Defendant(s).
    _____/
11
12        IT IS HEREBY ORDERED that Mr. Brodzki may not call Judge Spero's chambers and that
13  all such future communications to the Court shall be in writing, filed in this action with the Clerk of
14  the Court.
15
16        IT IS SO ORDERED.
17
18  Dated:  June 21, 2012
19                                    _____
20                                    JOSEPH C. SPERO
                                      United States Magistrate Judge
21
22
23
24
25
26
27
28